

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karl J. Russell, Jr.,             Petitioner, <br><br> v. <br><br> Debbie Asuncion, Warden, CSP-LAC; <br> Kamala Harris,            Respondents. | **Civil Action No.** 18cv2063-MMA(WVG) <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without leave to amend but without prejudice to Petitioner to seek relief in a civil rights complaint pursuant to 42 U.S.C. § 1983 where proper venue lies. The motion to proceed in forma pauperis is denied as moot.

Date: 9/6/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy